IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00051-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO LEWIS,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's motion to seal [DE 44]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to maintain Docket Entry 43 under seal and disseminate copies to counsel for the United States and Defendant.

SO ORDERED this 21st day of January, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE